**FILE COPY**



## Court of Appeals

*Seventh District of Texas*
*Potter County Courts Building*
*501 S. Fillmore, Suite 2-A*
*Amarillo, Texas 79101-2449*
*www.7thcoa.courts.state.tx.us*

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 23, 2014

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

**RE:**    Case Numbers:  07-14-00337-CR, 07-14-00338-CR
Trial Court Case Numbers:  66764-E, 66765-E

**Style:** Stacie Ann Kenemore v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:    Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)
Jana Smith (DELIVERED VIA E-MAIL)